FILED

IN THE DISTRICT COURT OF THE UNITED STATES  JAN - 9 2008
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. **3:08-CR-10-MEF** |
| | ) | [18 USC 922(g)(1); |
| JEFFERY AARON SPURLOCK, | ) | 18 USC 3146] |
| a/k/a "Frootloop" | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about August 22, 2007, in Russell County, within the Middle District of Alabama,

JEFFERY AARON SPURLOCK,
a/k/a "Frootloop,"

defendant herein, having been convicted of felony offenses, crimes punishable by imprisonment for a term exceeding one year under the laws of the United States and the State of Alabama, to-wit:

1) February 2, 2005, Felon in Possession of a Firearm, in the United States District Court for the Middle District of Alabama (Case Number: 3:03CR00278-MHT);

1) November 12, 1998, Burglary in the Second Degree, in the Circuit Court of Lee County, Alabama (CC-98-1147);

2) November 12, 1998, Theft in the First Degree, in the Circuit Court of Lee County, Alabama (CC-98-1148);

3) November 12, 1998, Theft in the First Degree, in the Circuit Court of Lee County, Alabama (CC-98-1149);

4) August 15, 1997, Escape in the Third Degree, in the Circuit Court of Lee County, Alabama (CC-97-812);

did knowingly possess in and affecting commerce a firearm, to-wit: a Cobra .380 caliber pistol, a better description of which is unknown to the grand jury, in violation of Title 18, United States Code,

Section 922(g)(1) and 924(e).

## COUNT 2

On or about August 13, 2007, in Montgomery County, within the Middle District of Alabama,

JEFFERY AARON SPURLOCK,
a/k/a "Frootloop,"

defendant herein, having been charged with an offense punishable by imprisonment for a term exceeding five years or more, and having been released pursuant to chapter 207 of Title 18, United States Code, in connection with the aforementioned criminal charge, for appearance before the Honorable Myron Thompson, United States District Judge for the Middle District of Alabama at 10:00 on August 13, 2007, in Case Number 3:03CR278-MHT, entitled United States v. Jeffrey Aaron Spurlock, did knowingly and willfully fail to appear as required, in violation of Title 18, United States Code, Section 3146(a)(1).

## FORFEITURE ALLEGATION

a. Count 1 of this indictment is hereby repeated and incorporated herein by reference.

b. Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment,

JEFFERY AARON SPURLOCK,
a/k/a "Frootloop",

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following: Cobra .380 caliber pistol.

c. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred and sold to, and deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty; the court shall pursuant to Title 21, United States Code, Section 853 as incorporated by Title 28, United States Code, Section 2461(c), order the forfeiture of any other property of the defendant up to the value of any property described in paragraph B above. All in violation of Title 18, Unites States Code, Sections 922(g) and 924(d).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
John T. Harmon
Assistant United States Attorney

_____
Verne H. Speirs
Assistant United States Attorney