## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.   3:08-cr-0010-MEF** |
| | ) | |
| **JEFFERY AARON SPURLOCK,** | ) | |
| **a/k/a "Frootloop"** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>MOTION TO EXTEND CHANGE OF PLEA DEADLINE</u>

COMES NOW, the defendant, Jeffery Aaron Spurlock, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to extend his change of plea deadline.

As grounds in support thereof, the following is stated:

1. The change of plea deadline in this case is set for March 14, 2008.

2. The defendant has been attempting to cooperate with the government.

3. Negotiations are incomplete at this time.

4. Assistant United States Attorney Verne Speirs has been contacted and has no objection to extending the change of plea deadline.

WHEREFORE, premises considered, the defendant moves that the March 14, 2008 change of plea deadline be extended.

Respectfully submitted this 13th day of March, 2008.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Verne Speirs, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

s/ Richard K. Keith
**OF COUNSEL**

2