IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 3:08-cr-0010-MEF |
| | ) |
| JEFFERY AARON SPURLOCK, | ) |
| a/k/a "Frootloop" | ) |
| | ) |

### ORDER ON MOTION

Upon consideration of Defendant's unopposed *Motion to Extend Change of Plea Deadline* (Doc. #11, filed March 13, 2008), and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**, and the change of plea deadline is reset **for April 21, 2008**.

Done this 14th day of March, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE