IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.   3:08-cr-10-MEF   |
| JEFFERY AARON SPURLOCK ) | |

MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL
TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody JEFFERY AARON SPURLOCK, into the custody of Captain Van Jackson and/or Deputy Donnie Surrett, Lee County Sheriff's Office, on April 10, 2008, through October 1, 2008, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

We further move the Court to enter an order directing Agents Van Jackson and/or Donnie Surrett to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 7th day of April, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280   Fax: (334)223-7138
E-mail: verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.   3:08-cr-10-MEF |
| JEFFERY AARON SPURLOCK ) | |

CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard Keith, Esquire.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280   Fax: (334)223-7138
E-mail: verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.  3:08-cr-10-MEF  |
| JEFFERY AARON SPURLOCK ) | |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #   ), filed on April 7, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of JEFFERY AARON SPURLOCK to Captain Van Jackson and/or Deputy Donnie Surrett, Lee County Sheriff's Office, on April 10, 2008, through October 1, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Agents Van Jackson and/or Deputy Donnie Surrett shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE