IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)    CR. NO.   3:08-cr-10-MEF<br>JEFFERY AARON SPURLOCK    ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner (Doc. # 16), filed on April 7, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of JEFFERY AARON SPURLOCK to Captain Van Jackson and/or Deputy Donnie Surrett, Lee County Sheriff's Office, on April 10, 2008, through October 1, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Agents Van Jackson and/or Deputy Donnie Surrett shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the 8th day of April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE