IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. No. 3:08-cr-0010-MEF |
| ) | |
| JEFFERY AARON SPURLOCK, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION IN LIMINE TO REDACT FROM THE INDICTMENT AND EXCLUDE ANY EVIDENCE OR TESTIMONY REGARDING PRIOR FELONY CONVICTIONS PURSUANT TO OLD CHIEF v. UNITED STATES

COMES NOW the defendant, Jeffery Aaron Spurlock, by and through his attorney of record, Richard K. Keith, and hereby moves *in limine* for an Order directing the United States to refrain from placing any statement, argument, evidence or testimony before the jury concerning Mr. Spurlock's prior criminal record with the exception of the stipulated fact that he was previously convicted of a felony offense.

In support of this motion, Defendant relies upon the case of *Old Chief v. United States*, 519 U.S. 172 (1997). There, the United States Supreme Court held that in a prosecution for possession of a weapon by a convicted felon, if the defendant admits his status as a convicted felon, the government should be barred, under Rule 403, Fed. R. Evid., from introducing evidence about the nature of the prior offense(s). Therefore, once Mr. Spurlock agrees to admit his status as a previously convicted felon, and stipulates to the same, the government should be barred from offering any evidence, testimony, or argument about the type of felony, or the sentence received for that offense.

The defendant will stipulate at trial to having been previously convicted of a felony offense. The Trial Court will be in a position to inform the jury of the stipulation and the government will not need to prove that element of the offense. Accordingly, there will be no reason for the government, or any of its witnesses to provide any records, documentation, testimony, or evidence in support of the element of this offense. Wherefore, the defendant's motion should be granted.

Respectfully submitted this 10th day of April, 2008.

s/ Richard K. Keith<br>
**RICHARD K. KEITH (KEI003)**<br>
Attorney for Defendant<br>
**KEITH & DUBIN, P.C.**<br>
22 Scott Street<br>
Montgomery, AL  36104-4012<br>
Telephone: (334) 264-6776<br>
Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Verne Speirs, AUSA
Post Office Box 197
Montgomery, AL  36101-0197

s/ Richard K. Keith<br>
**OF COUNSEL**