IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:08-cr-10-MEF |
| | ) | |
| JEFFERY AARON SPURLOCK | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion in Limine (Doc. #18) filed on April 10, 2008, it is hereby

ORDERED that the government show cause on or before April 17, 2008 as to why the motion should not be granted.

DONE this the 11th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE