IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:08CR0010-MEF |
| | ) | |
| JEFFERY AARON SPURLOCK | ) | |

UNOPPOSED MOTION TO CONTINUE TRIAL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that this Honorable Court continue the trial of this matter until the August 11 trial term.  The United States sets forth the following reasons:

1)    The trial of this matter is currently set for April 28, 2008.  Prior to April 11, 2008, the United States understood that Spurlock intended to cooperate with the United States and plead guilty to the charged offenses.

2)    On Friday April 12, 2008, the United States learned that Spurlock intends to take this case to trial.

3)    On Tuesday, April 15, 2008, the United States learned that the key witness in this case, United States Marshal Service Deputy Brian Maxwell, is currently out of the Country for an undetermined amount of time.  Deputy Maxwell is an essential witness to the government's case.  The United States has given notice to the United States Marshal Service that Deputy Maxwell is needed for the trial of this matter in August.

4)    The undersigned counsel has discussed the matter with Attorney Richard

Keith.  Attorney Keith does not oppose this continuance and agrees to trial of this matter in August.  Although Spurlock is in custody, his supervised release has been revoked and Spurlock is not eligible for release.

     5)    Considering the aforementioned, the United States respectfully requests that the trial of this matter be set for the August 11, 2008, trial term.

    Respectfully submitted this the 16th day of April 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104-3429
(334) 223-7280
(334) 223-7138 Fax
verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA    )
    )
        v.    )    CR. NO. 3:08CR0010-MEF
    )
JEFFERY AARON SPURLOCK    )

CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2008, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to

Richard Keith.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104-3429
(334) 223-7280
(334) 223-7138 Fax
verne.speirs@usdoj.gov