IN THE UNITED STATES DISTRICT COURT FOR
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   3:08-cr-0010-MEF |
| ) | |
| JEFFERY ARRON SPURLOCK, ) | |
| ) | |
| Defendant. ) | |

### UNOPPOSED MOTION TO RESET AUGUST 11, 2008 TRIAL

COMES NOW, the defendant, Jeffery Arron Spurlock, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to reset the August 11, 2008 Trial in the above-styled cause.

As grounds in support thereof, the following is stated:

1. On April 17, 2008, this Honorable Court granted the government's unopposed motion to continue the April 28, 2008 trial set in this matter.

2. The Court reset the trial to August 11, 2008.

3. The undersigned has a previously set capital murder (death penalty) trial set for August 18, 2008 (State of Alabama v. Mario Deon Wooodward, Case. No. CC-2007-1388).

4. The undersigned requests the August 11, 2008 trial be reset so that he may be fully prepared for the August 18, 2008 death penalty trial.

5. Assistant United States Attorney Verne Speirs has been contacted and has no objection to this motion being granted.

WHEREFORE, the defendant moves this Honorable Court to reset the trial date in this case.

Respectfully submitted this 24th day of April, 2008.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, PC**
22 Scott Street
Montgomery, AL 36104-4012
Telephone: (334) 264-6776
Facsimile:   (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Verne Speirs, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

s/ Richard K. Keith
**OF COUNSEL**
