**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.  3:08-cr-010-MEF |
| ) | |
| **JEFFERY AARON SPURLOCK,** ) | |
| ) | |
| **Defendant.** ) | |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

COMES NOW the undersigned counsel, Richard K. Keith, and moves this Honorable Court to withdraw as counsel for Jeffery Aaron Spurlock. In support of this motion, undersigned counsel states:

1. On January 9, 2008, Mr. Spurlock was indicted on one (1) count of Possession of a Firearm by a Felon in violation of 18 U.S.C. § 922(g)(1) and one (1) count of Failure to Appear in violation of 18 U.S.C. § 3146.

2. Undersigned counsel was appointed to represent Mr. Spurlock on February 26, 2008.

3. On April 29, 2008, undersigned counsel's unopposed motion to continue trial was granted, thereby resetting Mr. Spurlock's trial date to the January 26, 2008 trial term in Opelika, Alabama.

4. On July 21, 2008, undersigned counsel received a correspondence from AUSA Verne Speirs informing that the Government received a correspondence from David Ray regarding Mr. Spurlock's current charges.

5. According to Mr. Ray's letter, Mr. Spurlock made incriminating statements to Mr. Ray regarding his possession of the firearm and the Government expects that it may call Mr. Ray to testify as a rebuttal witness against Mr. Spurlock.

6. The undersigned previously represented David Ray.

7. Undersigned counsel's prior representation of Mr. Ray creates a substantial conflict of interest that will likely prove detrimental to Mr. Ray in violation of the Professional Rules of Conduct.

WHEREFORE, undersigned counsel requests this Honorable Court to allow him to withdraw from representing Mr. Jeffery Spurlock.

Respectfully submitted, this 22nd day of July, 2008.

s/Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL  36104-4012
Telephone:  (334) 264-6776
Facsimile:   (334) 265-5362

### CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Verne Speirs
> Post Office Box 197
> Montgomery, AL  36101-0197

s/ Richard K. Keith
**OF COUNSEL**