IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 3:08-cr-10-MEF
)
JEFFERY AARON SPURLOCK )

## ORDER

Upon consideration of the *Motion to Withdraw as Counsel* filed by defendant Spurlock (Doc. 29,) and for good cause, it is **ORDERED** that the motion is set for hearing on **7/25/2008 at 3:00 p.m.,** Courtroom 4A, United States Courthouse, One Church Street, Montgomery, Alabama.  If the defendant is in custody, the Marshal will produce the defendant for the hearing.  The Assistant United States Attorney SHALL NOT attend the hearing.

DONE, this 23rd day of July, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE