IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| United States of America | * |
| | * |
| v. | *   Case No. 3:08cr10-MEF |
| | * |
| Jeffrey Aaron Spurlock. | * |

NOTICE OF APPEARANCE

Comes now the undersigned counsel and files this his Notice of Appearance on behalf of the Defendant in the above-styled cause and requests that all notices, correspondence, pleadings, orders and any other documents be served upon him at the address shown below.

Respectfully submitted this 4th day of September, 2008.

Russell T. Duraski (DUR007)
Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735
email: duraskilaw@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 4th day of September, 2008.

_____
Russell T. Duraski (DUR007)
Attorney for Defendant


Verne Spiers, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama   36101-0197